IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0091-MEF |
| | ) | |
| KPMG INTERNATIONAL, | ) | |
| | ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0092-MEF |
| | ) | |
| TIM FLYNN, Chairman of KMPG, Auditor for HSBC | ) | |
| | ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0093-MEF |
| | ) | |
| HOUSEHOLD FINANCE CORPORATION, III | ) | |
| | ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0094-MEF |
| | ) | |
| J. D. O'TOOLE, in his capacity as President of HSBC Gr. Corp., | ) | |
| | ) | |
| Defendant. | ) | |

```
------------------------------------------------
GEORGE D. McCARLEY,                          )
                                             )
        Plaintiff,                           )
v.                                           )   CASE NO. 3:06-cv-0095-MEF
                                             )
KENNETH H. ROBIN, Legal Counsel for          )
HSBC Finance Corporation,                    )
                                             )
        Defendant.                           )
------------------------------------------------
GEORGE D. McCARLEY,                          )
                                             )
        Plaintiff,                           )
v.                                           )   CASE NO. 3:06-cv-0096-MEF
                                             )
ALAN W. JEBSON, in his capacity as           )
Group Chief Operating Officer for HSBC       )
Finance Corporation,                         )
                                             )
        Defendant.                           )
------------------------------------------------
GEORGE D. McCARLEY,                          )
                                             )
        Plaintiff,                           )
v.                                           )   CASE NO. 3:06-cv-0097-MEF
                                             )
THOMAS M. DETELICH, President of             )
HSBC Mortgage Services, Inc.                 )
                                             )
        Defendant.                           )
------------------------------------------------
GEORGE D. McCARLEY,                          )
                                             )
        Plaintiff,                           )
v.                                           )   CASE NO. 3:06-cv-0098-MEF
                                             )
SIDDHARTH N. (Bobby) MEHTA,                  )
                                             )
        Defendant.                           )
```

```
--------------------------------------------------
GEORGE D. McCARLEY,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )   CASE NO. 3:06-cv-0099-MEF
                                   )
WILLIAM F. ALDINGER, III,          )
                                   )
        Defendant.                 )
--------------------------------------------------
GEORGE D. McCARLEY,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )   CASE NO. 3:06-cv-0100-MEF
                                   )
GARY R. ESPOSITO,                  )
                                   )
        Defendant.                 )
--------------------------------------------------
GEORGE D. McCARLEY,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )   CASE NO. 3:06-cv-0101-MEF
                                   )
HSBC FINANCE CORPORATION,          )
                                   )
        Defendant.                 )
--------------------------------------------------
GEORGE D. McCARLEY,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )   CASE NO. 3:06-cv-0102-MEF
                                   )
HSBC GR. CORP.,                    )
                                   )
        Defendant.                 )
--------------------------------------------------
GEORGE D. McCARLEY,                )
                                   )
        Plaintiff,                 )
```

| | | |
|---|---|---|
| v. | ) | CASE NO. 3:06-cv-0103-MEF |
| | ) | |
| HOUSEHOLD INTERNATIONAL, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

---

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0104-MEF |
| | ) | |
| HSBC MORTGAGE SERVICES, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

---

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0105-MEF |
| | ) | |
| DAVID DEW, Senior Vice President of Group Audit for HSBC Finance Corp., | ) | |
| | ) | |
|     Defendant. | ) | |

---

# **O R D E R**

It is hereby ORDERED that:

1. The above-referenced cases are consolidated for further proceedings, Case No. 3:06-cv-091-MEF shall be the lead case, and the Clerk of Court is directed to docket this order in the above-referenced cases.

2. Pursuant to 28 U.S.C. § 636(b)(1), these cases are referred to Magistrate Judge

4

Vanzetta P. McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 8th day of February, 2006.

/s/ Mark E. Fuller<br>CHIEF UNITED STATES DISTRICT JUDGE